P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: taylor@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD REYES, an individual; ALFRED TALAHURON, an individual and WCCI, LLC, a Wyoming Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> MALVIN TIANCHON, an individual; DOE Individuals I through X; and ROE CORPORATIONS and ORGANIZATIONS I through X, inclusive. <br><br> Defendants, | Case No.: 2:20-cv-01348-GMN-NJK |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON

Plaintiffs, EDWARD REYES, ALFRED TALAHURON and WCCI, LLC, a Wyoming Limited Liability Company by and through their counsel of record P. Sterling Kerr, Esq., with the Law Offices of P. Sterling Kerr, in light of the Court's *Sua Sponte* Order

1

to Show Cause, hereby voluntarily dismiss their Complaint in the above-entitled action without prejudice.

DATED this 4th day of August, 2020

                                                 LAW OFFICES OF P. STERLING KERR

                                                 /s/ P. Sterling Kerr

                                                 _____
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: taylor@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

## **ORDER**

Good cause appearing, the above-captioned matter, Case No. 2:20-cv-01348-GMN-NJK, is hereby dismissed in its entirety without prejudice.

DATED this  5   day of August, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT